UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HAROLD E. SLINGERLAND, as trustee for the Harold E. Slingerland Revocable Trust, derivatively on behalf of LIQUIDITY SERVICES INC.,

Plaintiff,

v.

WILLIAM P. ANGRICK, III, PHILLIP A. CLOUGH, GEORGE H. ELLIS, PATRICK W. GROSS, BEATRIZ INFANTE, EDWARD J. KOLODZIESKI, FRANKLIN D. KRAMER, JAIME MATEUS-TIQUE, JAMES M. RALLO, DAVID PERDUE,

Defendants,

and

LIQUIDITY SERVICES INC.,

Nominal Defendant.

Civ. No. 16-1725-BAH

Chief Judge Beryl A. Howell

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on September 22, 2016, Plaintiff and Defendants entered into a Stipulation and Proposed Order Consolidating Related Shareholder Derivative Actions (the "Consolidation Stipulation"), which proposed to consolidate actions brought by plaintiffs Thomas Billard (the "*Billard* action") and Harold E. Slingerland (the "*Slingerland* action" and together with the *Billard* action, the "Consolidated Actions");

WHEREAS, the Consolidation Stipulation provided, among other things, that "Defendants' pending motion to dismiss for *forum non conveniens* in the *Billard* action is deemed to have been made in all of the Consolidated Actions";

WHEREAS, on December 15, 2016, the Court granted Defendants' motion to dismiss for *forum non conveniens* in the *Billard* action, without prejudice, and further ordered "that the Clerk of Court close this case";

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The *Slingerland* action is dismissed, without prejudice; and

2. The Clerk of Court shall close this case.

Date: January 19, 2017.

By: */s/ Gary E. Mason*_____
    Gary E. Mason
WHITFIELD BRYSON & MASON LLP
5101 Wisconsin Ave NW Suite 305
Washington, DC 20016
(202) 429-2290
(202) 429-2294 (fax)
gmason@wbmllp.com

*Attorney for Plaintiff Harold E. Slingerland*

By: */s/ Peter D. Isakoff*_____
    Peter D. Isakoff
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NY Suite 900
Washington, DC 20005
(202) 682-7000
(202) 857-0940
peter.isakoff@weil.com

*Attorney for Defendants William P. Angrick, III, Phillip A. Clough, George H. Ellis, Patrick W. Gross, Beatriz Infante, Edward J. Kolodzieski, Franklin D. Kramer, Jaime Mateus-Tique, James M. Rallo, David Perdue, and Liquidity Services, Inc.*

SO ORDERED:

_____
HON. BERYL A. HOWELL, U.S.D.J.

## CERTIFICATE OF SERVICE

  I HERBEY CERTIFY that on January 19, 2017, a true copy of the foregoing was filed with Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system upon all counsel of record.

              */s/ Peter D. Isakoff*

               Peter D. Isakoff